**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SENRICK SHERN WILKERSON, ) | |
| ID # 10093432, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:13-CV-1694-M-BH |
| ) | |
| RICK THALER, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
|     Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the findings, conclusions, and recommendation, petitioner's *Disagreement with this Courts Dismissal of this Case/Request to Reopen Case* (doc. 47) is construed as a Rule 60(b)(2) motion and is **DENIED**.

SO ORDERED this 22nd day of August, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS