IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SENRICK SHERN WILKERSON,  ) | |
| ID # 10093432,                            ) | |
|     Petitioner,                 ) | |
| vs.                                             ) | No. 3:13-CV-1694-M-BH |
|                                            ) | |
| RICK THALER, Director,           ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division,   ) | |
|     Respondent.               ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, petitioner's *Motion for Relief From Judgment*, received on July 5, 2013 (doc. 51), and *Facts, Findings, Conclusions and Recommendation of Senrick Wilkerson,* received on July 9, 2013 (doc. 52) are construed as Rule 60(b) motions and are both **DENIED**.  Because the Court denies petitioner's motion for relief from judgment, his *Demand for Release* from custody (doc. 56) is also denied.

**SO ORDERED this 22nd day of August, 2013.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS